## GERRON v. STATE.

(Court of Criminal Appeals of Texas. Dec. 11, 1912.)

Appeal from Criminal District Court, Dallas County; Barry Miller, Judge.

Henry Gerron was convicted of burglary, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. The appellant was indicted by proper indictment for burglary, and under a correct charge was convicted.

There is neither bills of exceptions nor statement of facts. The questions attempted to be raised by the motion for new trial cannot be considered without a statement of facts.

The judgment is therefore affirmed.